John Wiedemeyer, appellee, v. Mrs. John Vivier and Municipal Employees' Annuity and Benefit Fund of Chicago, defendants. Mrs. John Vivier, appellant. Gen. No. 38,826.

Opinion filed December 30, 1936.

Heile, Cavender, Milchrist & Kaiser and Charles Gressing Culver, for appellant; Charles Gressing Culver, of counsel. Markman, Donovan & Sullivan, for appellee; John A. O'Neil, of counsel.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.

George F. Barrett, appellee, v. Joseph Farina, Jr., and Yolanda Farina, appellants. Gen. No. 38,880.

Opinion filed December 30, 1936.

Abrams, Sherman & Lewis, for appellants; Irving S Abrams, of counsel. Barrett, Barrett, Costello & Barrett, for appellee; Chester D. Kern, of counsel.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.

International Filter Company, appellant, v. Allied Contractors, Inc., appellee. Gen. No. 38,911.

Opinion filed December 30, 1936. Rehearing denied January 12, 1937.

Mack, Wikoff & Ross, for appellant; Henry Glenn Ross and Paul E. Treusch, of counsel. Socrates, Davis & Cohen, for appellee; Nicholas A. Socrates and Louis L. Cohen, of counsel.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.